UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br> v.<br><br>CARL F. STEADMAN,<br><br>    Respondent. | No. CV 15-5980 SI<br><br>[~~proposed~~]<br>ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on December 22, 2015, it is hereby:

ORDERED that respondent CARL F. STEADMAN, appear before this Court on ~~the ____ day of~~ 19th Day of February, 2016, in Courtroom #1, 17th Floor, 450 Golden Gate Ave., ~~, 2016, at __:__, in Courtroom No___, ___th Floor~~, United States District Court, 1~~301 Clay Street,~~ San Francisco, ~~Oakland~~, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

ORDERED that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further:

1  ORDERED that within twenty-one (21) days before the return date of this Order, respondents
2  may file and serve a written response to the petition, supported by appropriate affidavit(s) or
3  declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desire to make,
4  that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days
5  before the return date of this Order; that all motions and issues raised by the pleadings will be
6  considered on the return date of this Order, and only those issues raised by motion or brought into
7  controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be
8  considered at the return of this Order, and any uncontested allegation in the petition will be considered
9  admitted.

10  ORDERED this __4th__ day of __January, 2016__, ~~2015, at Oakland, California~~.

_____
UNITED STATES DISTRICT JUDGE

US v. CARL F. STEADMAN
No. CV-                                    2
[PROPOSED] ORDER TO SHOW CAUSE